# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: **MARIAM ROSADO RAMOS**   Bankruptcy Number: **13-02106-BKT**

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **03/19/2013**   First Meeting Date: **04/24/2013 at 8:00AM**

Days From Petition Date: **36**   341 Meeting Date: **04/24/2013 at 8:00AM**

910 Days Before Petition: **09/21/2010**   Confirmation Hearing Date: **05/17/2013 at 2:30PM**

Chapter 13 Plan Date: **03/19/2013** ☐ Amended   Plan Base: **$6,000.00**   Plan Docket # **2**

This is Debtor(s) _____ Bankruptcy petition.   This is the _____ scheduled meeting.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:   Total Paid In: **$0.00**

Check/MO# _____

Date: _____   Amount: $ _____

### I. Appearances:   ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK    Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined    ☒ Not Examined under Oath    ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present   Name of Attorney Present: _____   ☐ Pro-se

☐ Creditor(s) Present    ☒ None    (Other than Attorney of Record)

_____

### II. Attorney Fees as per R 2016(b) Statement:   Attorney of Record: **JUAN O CALDERON LITHGOW***

Total Agreed: **$3,000.00**   Paid Pre-Petition: **$100.00**   Outstanding (Through the Plan): **$2,900.00**

### III. Trustee will file Motion to Dismiss:  ☐ For Failure to Appear   ☐ For Failure to Commence Payments

### IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are) ☐ Under ☐ Above Median Income    Liquidation Value: $ **TBD**

Commitment Period is ☐ 36 months ☐ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ **TBD**

The Trustee:  ☐ NOT OBJECTS  ☐ OBJECTS   Plan Confirmation    Gen. Uns. Approx. Dist.: ____ %

§341 Meeting    ☒ CONTINUED   ☐ NOT HELD   ☐ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: **May 15, 2013 at 1:00 pm**

Comments: Debtor failed to bring social security ID.

### V. Trustee's OBJECTIONS to Confirmation:

NONE

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

10 days to make firts payment or MTD will be filed.

### VI. Other Comments / Objections

Debtor correct name is Mariam Rosado Roman, voluntary petition needs to be amended.

/s/ Jose R. Carrión, Esq.
Trustee

/s/ Juliel Perez Mendez, Esq.
Presiding Officer

Meeting Date: Apr 24, 2013