# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** MARIAM ROSADO ROMAN

Bankruptcy Number: 13-02106-BKT

**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 03/19/2013
Days From Petition Date: 57
910 Days Before Petition: 09/21/2010
Chapter 13 Plan Date: 03/19/2013 ☐ Amended
This is Debtor(s) 2 Bankruptcy petition.
Payment(s) ☒ Received or ☐ Evidence shown at meeting:
Check/MO# _____
Date: _____ Amount: $ _____

First Meeting Date: 04/24/2013 at 8:00AM
341 Meeting Date: 05/15/2013 at 1:00PM
Confirmation Hearing Date: 05/17/2013 at 2:30PM
Plan Base: $6,000.00   Plan Docket # 2
This is the 2 scheduled meeting.
Total Paid In: $100.00

### I. Appearances: ☐ Telephone ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☐ ID & Soc. OK     Joint Debtor: ☐ Present ☐ Absent ☐ ID & Soc. OK

☐ Examined ☒ Not Examined under Oath     ☐ Examined ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☒ Present  Name of Attorney Present: _____ ☐ Pro-se
☐ Creditor(s) Present     ☒ None     (Other than Attorney of Record)
_____

### II. Attorney Fees as per R 2016(b) Statement:   Attorney of Record: JUAN O CALDERON LITHGOW*

Total Agreed: $3,000.00    Paid Pre-Petition: $100.00   Outstanding (Through the Plan): $2,900.00

### III. Trustee will file Motion to Dismiss: ☐ For Failure to Appear ☐ For Failure to Commence Payments

### IV. Trustee's Report on Confirmation & Status of §341 Meeting

Debtor(s) Income is (are) ☒ Under ☐ Above Median Income       Liquidation Value: $ TBD

Commitment Period is ☒ 36 months ☐ 60 months §1325(b)(1)(B)   Projected Disp. Inc.: $ 0.00
The Trustee:  ☐ NOT OBJECTS  ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 24.68 %
§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☒ CLOSED  ☐ HELD OPEN FOR ____ DAYS
§341 Meeting Rescheduled for:_____
Comments:

**V. Trustee's OBJECTIONS to Confirmation:**

**VI. Other Comments / Objections**

Debtor will amend Schedule B in order to correct the year of vehicle; it should ready 2012. This vehicle is under her uncle's name but it is her car. The case's liquidation value will be determined once this amendment is made.

Debtor must submit evidence of maturity date of vehicle loan. If said loan matures within the life of the plan, the plan must be amended to include a step up in the payment schedule in the corresponding month.

| /s/ Jose R. Carrión, Esq. | /s/ Nannette M. Godreau, Esq. | Meeting Date: May 15, 2013 |
|---|---|---|
| Trustee | Presiding Officer | |