IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>MARIAM ROSADO ROMAN,<br><br>DEBTOR | CASE NO. 13-02106-BKT<br><br>CHAPTER 13 |
| DORAL BANK<br>MOVANT<br><br>VS.<br>MARIAM ROSADO ROMAN AND JOSE RAMON CARRION MORALES, TRUSTEE<br>RESPONDENT | INDEX<br><br>☒ OF ACTS AGAINST PROPERTY UNDER §362(D)(1) "CAUSE" |

CERTIFICATE OF MAILING & SERVICE

TO THE HONORABLE COURT:

The undersigned hereby certifies that a true copy of the Notice and of the Motion Requesting the Lifting or Modification of Automatic Stay Pursuant to 11 U.S.C. § 362 was mailed, via certified mail prepaid on July 19, 2013 to: (1) Mariam Rosado Roman, RR 02 Buzón 8260, Vega Baja, PR 00693; (2) Juan O Calderón Lithgow, PO Box 1710, Vega Baja, PR 00694 (Debtors' attorney); (3) Jose Ramón Carrión Morales, PO Box 9023884, San Juan, PR 00612 , and evidence of the mailing are included with this motion as Exhibit A.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the District of Puerto Rico using the CM/ECF system which will send notifications to all CM/ECF counsel of record.

In San Juan, Puerto Rico, this 23rd day of July, 2013.

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**
Counsel for Doral
P.O. BOX 363507
SAN JUAN PR 00936-3507
TEL. (787) 759-3242/ FAX (787) 759-3108
rgarcia@fgrlaw.com

By: */s/Rosamar García Fontán*
ROSAMAR GARCÍA FONTÁN
USDC-PR - 221004

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | JUL 19 2013 | |
| Restricted Delivery Fee (Endorsement Required) | | |

7012 2210 0000 0465 7432

Rgf 6354-1886
JUAN O CALDERON LITHGOW
PO BOX 1710
VEGA BAJA, PR 00693

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | JUL 19 2013 | |
| Restricted Delivery Fee (Endorsement Required) | | |

7012 2210 0000 0465 7449

Rgf 6354-1886
MARIAM ROSADO ROMAN
RR 02 BUZON 8260
VEGA BAJA, PR 00693

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | JUL 19 2013 | |
| Restricted Delivery Fee (Endorsement Required) | | |

7012 2210 0000 0465 7425

Rgf 6354-1886
JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00612

PS Form 3800, August 2006    See Reverse for Instructions