IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

**In the Matter of**:

MARIAM ROSADO ROMAN

Debtor(s)

Case No. 13-02106 BKT

Chapter 13

## OPPOSITION TO MOTION OF DORAL BANK
## FOR RELIEF FROM AUTOMATIC STAY

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. Paragraphs 1 through 4 are admitted. It is also admitted that the liens averred are presently recorded. All of the remaining factual allegations are denied as stated in the motion.

2. Debtor payments to Doral for the months of May and June. Her payment for the month of July was rejected causing that she appeared with an additional month in arrear. As addendum to the motion there is evidence of the months which payment were accepted. Because this case was filed on 3/19/2013 and motion requesting relief of stay was filed on July 18, 2013 the declarations about arrears at that time and in the amount stated were not correct.

3. We already discussed the situation with Doral's attorney in order to have the payments properly credited and mail the one corresponding to the month of July and month of August will be paid the 15 of present month.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and deny motion requesting relief of stay.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will notified to the Chapter 13 Trustee José R. Carrión Morales, attorney Rosamar García Fontan, Esq. For Doral Bank and all other appearing parties, using the Court's CM/ECF system.

In Vega Baja, Puerto Rico, on this August 3, 2013

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com

