IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

MARIAM ROSADO ROMAN

Debtor(s)

Case No. 13-02106 **BKT**

Chapter 13

**MOTION FOR FINAL HEARING AND
REQUEST TO BE EXCUSED FROM APPEARANCE**

TO THE HONORABLE COURT:

The undersigned, attorney for the above-named debtor, notifies the Court as follows,

1. A hearing was scheduled for August 13, 2013 related to a motion for relief of stay filed by Doral Bank. Debtor made the three payments referred to in the motion, but it is necessary some additional time for creditor verifying those payments and allow debtor to pay the current month which has an extension until day 16.

2. We discussed the situation with creditor's attorney Rosamar García Fontán and she agreed to a Final Hearing in order to make sure that payments were correctly applied and check if debtor is still abiding under the provisions of a loss mitigation plan.

3. We request from the court to grant a final hearing and excuse the undersigned from appearing due to health problem we are facing today.

WHEREFORE, we respectfully request from this Honorable Court to take notice of the informed above and grant our motion.

CERTIFICATE OF SERVICE

I CERTIFY that a copy of this motion has been filed with the Clerk of the Court that will send notice to the Chapter 13 trustee José R. Carrión Morales, attorney Rosamar García Fontán Esq. and all parties subscribed to the CM/ECF system.

In Vega Baja, Puerto Rico, this day August 13, 2013

s/ Juan O. Calderon Lithgow
JUAN O. CALDERON LITHGOW

ATTORNEY FOR DEBTOR, 205607
PO BOX 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
Email: caldlithlaw@gmail.com