UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**Minute Entry**

**Hearing Information:**

**Debtor**: MARIAM ROSADO ROMAN
**Case Number**: 13-02106-BKT13     **Chapter:** 13
**Date / Time / Room**: 8/13/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARISOL LOPEZ
**Reporter / ECR**:     N/A

**Matter:**

Motion for Relief From Stay Under 362 [e] filed by DORAL BANK (#16) and Debtor's response (#21)

**Appearances:**

JULIEL PEREZ FOR   JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE
ROSAMAR GARCIA FONTAN FOR MOVANT

**Proceedings:**

**ORDER:**

Upon movant's request the final hearing is continued to:   **9/10/2013 at 9:00 A.M.**   The stay remains in full force and effect pending the conclusion of the Final Hearing.

**SO ORDERED.**

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge