# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

**Debtor**: MARIAM ROSADO ROMAN
**Case Number**: 13-02106-BKT13     **Chapter:** 13
**Date / Time / Room**: 10/8/2013 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARISOL LOPEZ
**Reporter / ECR**:

**Matter:**

Final Hearing on Motion for Relief From Stay Under 362 [e] filed by Doral Bank [16]
Debtor's Reply [21]

Confirmation Hearing

**Appearances:**

JULIEL PEREZ FOR JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW FOR DEBTOR
ROSAMAR GARCIA FONTAN FOR MOVANT

**Proceedings:**

**ORDER:**

The Trustee's favorably recommends the plan. The amended plan dated 10/07/2013 (docket no. 30) will be confirmed without need of hearing if no objections are filed within fourteen (14) days from the date this plan was filed. Otherwise, a new confirmation hearing will be scheduled.

Movant withdraws the motion for relief from stay (docket no. 16). Movant will file a proof of claim for the post petition arrears within five (5) days.

**SO ORDERED.**

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge